**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARIO LAVANDEIRA d/b/a PEREZ HILTON,** | **Case No.** |
| | **08cv11213** |
| **Plaintiff,** | |
| -Vs- | **AFFIDAVIT OF** |
| **INFUSE, LLC d/b/a WWW.PEREZREVENGE.COM, et al.,** | **SERVICE** |
| **Defendants.** | |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On January 5, 2009 at 9:25 a.m., at 10 Ferncliff Terrace, Short Hills, NJ 07078,
I served the within SUMMONS, COMPLAINT, CIVIL COVER SHEET and RULE 7.1
STATEMENT on INFUSE, LLC d/b/a WWW. PEREZREVENGE. COM, INFUSE FX
and INFUSE FX ENTERTAINMENT GROUP, defendant therein named, by delivering a
true copy to ELIZABETH SILVER, Officer.

The person serve is a white female, brown hair, 45-55 years old, 5' 2"-5'4" in height,
120-130 pounds.

Caswell Bryan
License No. 846846

Sworn to before me this
5th day of January 2009.

NOTARY PUBLIC

**BRUCE LAZARUS**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01LA4990593**
**Qualified in Westchester County**
**My Commission Expires January 13, 2010**

*LegalEase Inc.*