UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO LAVANDEIRA d/b/a PEREZ HILTON, | Case No. 08cv11213 |
| Plaintiff, | |
| -Vs- | AFFIDAVIT OF SERVICE |
| INFUSE, LLC d/b/a WWW.PEREZREVENGE.COM, et al., | |
| Defendants. | |

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On January 5, 2009 at 9:38 a.m., at 73 Beechwood Road, Summit, NJ 07901, I served the within SUMMONS, COMPLAINT, CIVIL COVER SHEET and RULE 7.1 STATEMENT on MARGIE E. ROGERS, defendant therein named, by delivering a true copy to CAROL MUNKENS, a person of suitable age and discretion, at the defendants place of residence

On January 5, 2009, I mailed a true copy of the above mentioned documents to Margie E. Rogers at 73 Beechwood Road, Summit, NJ 07901, her actual place of residence, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person serve is a white female, brown hair, 60-70 years old, 5' 4"-5'7" in height, 140-150 pounds.

_____
Caswell Bryan
License No. 846846

Sworn to before me this
5th day of January 2009.

_____
NOTARY PUBLIC
BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LA4990593
Qualified in Westchester County
My Commission Expires January 13, 2010

LegalEase, Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796